IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 21 AM 10: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

vs.  NO. 2:04cr20382-001 B

LEWELLYN MUHAMMED,

    DEFENDANT

---

### CONSENT ORDER ON MOTION TO MODIFY BAIL CONDITIONS

Before the Court is defendant's Motion to Modify Bail Conditions as previously set so as to allow the defendant to travel to the State of Louisiana to visit his parents. By consent of the parties the Court finds that the defendant's motion is well taken and by order of this Court the defendant is hereby granted leave to travel to the State of Louisiana so as to visit his family. The defendant must exercise this order within 30 days and he shall be allowed a maximum of 5 days duration for said visit.

**IT IS SO ORDERED** this 20th day of July, 2005.

                    S. Thomas Anderson
                    MAGISTRATE JUDGE ANDERSON

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-21-05

1



APPROVED:

_____
Javier M. Bailey, Esq.
Attorney for Defendant
100 North Main Street, Ste. 3002
Memphis, TN 38103

_____
Fred H. Godwin
Assistant United States Attorney
167 N. Main Street, Ste. 800
Memphis, TN 38103

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CR-20382 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT