# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. <u>04-20382-B</u> |
| ) | |
| LEWELLYN MUHAMMAD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon motion of the United States, and for good cause shown, the indictment in the above-styled case is hereby ORDERED dismissed.

This <u>15</u> day of December, 2005.

J. DANIEL BREEN
United States District Judge

Approved by:

Frederick H. Godwin
Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-16-05

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CR-20382 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT